1  WENDY CHAU, State Bar #278801
   LAW OFFICES OF WENDY H. CHAU
2  505 Montgomery St, Floor 11, Ste 1062
   San Francisco 94104
3  Ph. (415)539-6116
   Fax: (888)958-1953
4  E-Mail:       info@attorneychau.com

6  Attorneys for Plaintiff
   Mark Paschal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark A. Paschal, individually. | Case No. 3:22-cv-03604 WHO |
| Plaintiff, | STIPULATION BY THE PARTIES AND ORDER EXTENDING DATE FOR FILING OPPOSITION TO MOTION TO DISMISS AND REPLY |
| vs. | |
| The City & County of San Francisco, San Francisco Office of Short Term Rental, Adrian Putra, individually, Diego Sanchez, individually, and DOE 1-5 | Trial Date:      Not Set |
| Defendants. | |

Under Northern District Civil Local Rule No. 6-1, it is hereby stipulated by and between Plaintiff Mark Paschal ("Plaintiff") and Defendant CCSF, Mr. Sanchez and Mr. Putra ("Defendants"), through their respective counsel, that the time to file an opposition to the motion to dismiss on behalf of Plaintiff is extended to and including January 18, 2023, and defendants' reply to the opposition shall be due January 25, 2023.

Dated: January _4__, 2023         Office of City Attorney David Chiu

                                  By:    */S/ Edmund Wang*
                                  **Edmund T. Wang,**
                                  Deputy City Attorney
                                  San Francisco City Attorney's Office,
                                  1390 Market Street, 6th Floor, San Francisco, CA 94102

1 | Dated: January _4__, 2023          LAW OFFICES OF WENDY H. CHAU

2

3                                     By: __*/S/ Wendy H. Chau*_____
                                      WENDY H. CHAU
                                      505 Montgomery St, Floor 11, San Francisco
4                                     Attorney for Plaintiff
                                      Mark Paschal
5
                                      *\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic
6                                     signatory has obtained approval from this signatory*

7

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11 DATED: January 5, 2023    _____
                                         **Judge William H. Orrick**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Proposed Order extend time to file          2                                  Doc
Case No. 3:22-cv-03604 WHO